UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCUS Z. MORGAN,

    Plaintiff,

v.                                            Case No. 3:23cv24641-LC-HTC

SERGEANT WILLIAM F. GOETZ,
OFFICER CHRISTOPHER D. BALL,

    Defendants.
_____/

REPORT AND RECOMMENDATION

On December 27, 2023, the Court instructed Plaintiff to, within twenty-one (21) days, file a notice of voluntary dismissal or an amended complaint. Doc. 9. Plaintiff did not comply with the December 27 order, so on January 24, 2024, the Court required Plaintiff to show cause why this case should not be dismissed. Doc. 10. Plaintiff filed a motion for extension of time, Doc. 12, which the Court granted on February 12, 2024, giving him until February 28, 2024, to comply with the December 27 order. Doc. 13. Plaintiff again failed to timely respond, so on March 7, 2024, the Court gave Plaintiff a second opportunity to show cause prior to recommending his case for dismissal. Doc. 16. The Court advised Plaintiff that failure to comply would result in a recommendation that this case be dismissed. *Id.*

Plaintiff has failed to respond to the March 7, 2024, show cause order, and this case has been pending now for over three months without a viable complaint.

Under Rule 41(b) of the Federal Rules of Civil Procedure, a court may dismiss a claim where a Plaintiff has failed to prosecute those claims, comply with the Federal Rules of Civil Procedure or local rules, or follow a court order. Fed. R. Civ. P. 41(b); *see also Coleman v. St. Lucie Cnty. Jail*, 433 F. App'x 716, 718 (11th Cir. 2011); *Sanders v. Barrett*, 2005 WL 2640979, at *1 (11th Cir. Oct. 17, 2005) (citing *Kilgo v. Ricks*, 983 F.2d 189, 192 (11th Cir. 1993)). A district court's "power to dismiss is an inherent aspect of its authority to enforce its orders and ensure prompt disposition of lawsuits." *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (quoting *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983)).

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with Court orders.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 28th day of March, 2024.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed **within fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of its objections upon all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:23cv24641-LC-HTC